## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTANY M. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-681-F |
| OKLAHOMA OFFICE OF MANAGEMENT AND ENTERPRISE SERVICES, | ) ) ) ) ) |
| Defendant. | ) ) |

## **DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, Brittany M. Smith, and hereby dismisses the above and foregoing action WITH prejudice.

Respectfully submitted,

*s/Jonathan M. Irwin*
Jonathan M. Irwin,
Woodrow K. Glass,
WARD & GLASS, LLP
1601 36th Avenue, N.W.
Norman, Oklahoma 73072
***Attorneys for Plaintiff Brittany Smith***

## *CERTIFICATE OF SERVICE*

I certify a true and correct copy of the above instrument was sent via electronic filing service to the attorneys registered in this matter.

_*s/Jonathan M. Irwin*
Jonathan M. Irwin